ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 5 2007

at ____ o'clock and ____ min ____
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. CR 03-00283SOM-07 |
| | ) | |
| IVAN FAOFETAI TULIAU | ) | |
| | ) | |

ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Pohnpei, Federated States of Micronesia, and Honolulu, Hawaii, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 4/8/2007 through on or about 4/22/2007.

Dated: 4/3/2007 at Honolulu, Hawaii.

SUSAN OKI MOLLWAY
U.S. District Judge